UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | | |
|---|---|---|
| UNITED STATES of AMERICA, | ) | |
| | ) | |
| Plaintiff/Respondent, | ) | Civil Action No. 7: 13-7290-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| ANTHONY T. POTTER, | ) | **JUDGMENT** |
| | ) | |
| Defendant/Movant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1.      Defendant/Movant Anthony T. Potter's motion to vacate the sentence and conviction previously entered in Pikeville Criminal Action No. 7: 03-21-DCR [Record No. 58] is **DENIED** and his claims are **DISMISSED**, with prejudice.

2.      Judgment is entered favor of Respondent United States of America with respect to all issues raised herein.

3.      This habeas proceeding is **DISMISSED** and **STRICKEN** from the Court's docket. This 31st day of July, 2013.



Signed By:
*Danny C. Reeves* DCR
United States District Judge